

# Fourth Court of Appeals
## San Antonio, Texas

May 28, 2019

No. 04-19-00332-CV

Lee B. **WHEELER**, Trustee of the L& P Children's Trust and Nancy Wheeler Plumlee,
Appellants

v.

**SAN MIGUEL ELECTRIC COOPERATIVE, INC.**,
Appellee

From the 36th Judicial District Court, McMullen County, Texas
Trial Court No. M-17-0027-CV-A
Honorable Starr Boldrick Bauer, Judge Presiding

# O R D E R

On May 21, 2019, appellant filed his notice of appeal. On May 22, 2019, Lisa Riley, the court reporter responsible for preparing the reporter's record in this appeal, filed a notification of late record, stating that (1) appellant has failed to pay or make arrangements to pay the fee for preparing the reporter's record; and (2) appellant has failed to request in writing that she prepare the reporter's record. *See* TEX. R. APP. P. 34.6(b)(1) (explaining that the request to the court reporter must designate the exhibits and the portions of the proceedings to be included in the reporter's record); *id.* 35.3(b) (court reporter not responsible for filing the reporter's record until the fee has been paid, arrangements have been made to pay the fee, or appellant is entitled to appeal without paying the fee).

We therefore ORDER appellant to provide written proof to this court within ten days of the date of this order that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. We further ORDER appellant to file written proof to this court on or before **June 7, 2019** that he has requested the official court reporter to prepare the reporter's report in compliance with Texas Rule of Appellate Procedure 34.6 and has filed a copy of the request with the trial court clerk. *See* TEX. R. APP. P. 34.6(b)(2).

If appellant fails to respond within the time provided, appellant's brief will be due within thirty days from the date the clerk's record is filed, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of May, 2019.



_____
KEITH E. HOTTLE,
Clerk of Court